FILED:  January 23, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-6067

(2:99-cr-00170-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

SHANE COWLEY

       Defendant - Appellant

_____

O R D E R

_____

The court grants the application to proceed under the Criminal Justice Act

and seals the CJA 23 financial affidavit.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk