FILED: March 4, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6067
(2:99-cr-00170-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SHANE COWLEY

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

      Appendix due: 04/03/2015

      Opening brief due: 04/03/2015

      Response brief due: 04/29/2015

Any reply brief: 10 days from service of response brief.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk